# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Rocco Latronica,**<br>*Plaintiff* | § <br> § <br> § | |
| **v.** | § <br> § | **No. 1:25-cv-00805-SH** |
| **Walmart, Inc.,**<br>*Defendant* | § <br> § <br> § | |

## ORDER

Before the Court is the parties' Joint Notice of Settlement, filed July 13, 2026 (Dkt. 18). The parties state that they have reached a settlement agreement and are finalizing settlement papers.

The Court **ORDERS** the parties to file a Joint Stipulation of Dismissal and Proposed Final Judgment by **September 14, 2026.**

It is **FURTHER ORDERED** that all settings and deadlines in this case are **CANCELED**.

**SIGNED** on July 14, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE