**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Rocco Latronica,** *Plaintiff* | § § | |
| **v.** | § | **No. 1:25-cv-00805-SH** |
| **Walmart, Inc.,** *Defendant* | § § § | |

**FINAL JUDGMENT**

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice, filed July 14, 2026 (Dkt. 20). The parties stipulate to the dismissal of this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Court **DISMISSES WITH PREJUDICE** all claims asserted in this case, with each party to bear their own costs, expenses, and attorneys' fees.

**IT IS FURTHER ORDERED** that all settings are **CANCELED** and that the Clerk of Court **CLOSE** this case.

**SIGNED** on July 16, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE